# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al )
)
)
*Plaintiff,*
)
v.
)
Nishikawa Rubber Co. Ltd., et al
)
)
)
*Defendant.*

Civil Action No. 2:20-cv-11256

Hon. Laurie J. Michelson

**SUMMONS IN A CIVIL ACTION**

To: Nishikawa Rubber Co. Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Pate
Nix Patterson, LLP
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX 78746

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Nishikawa Rubber Co. Ltd.</u>
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al )<br>)<br>) *Plaintiff,* )<br>)<br>v. )<br>)<br>Nishikawa Rubber Co. Ltd., et al )<br>)<br>)<br>*Defendant.* ) | | Civil Action No.  2:20-cv-11256<br><br><br><br><br>Hon.  Laurie J. Michelson |

**SUMMONS IN A CIVIL ACTION**

To: Nishikawa of America, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew G. Pate
> Nix Patterson, LLP
> 3600 N. Capital of Texas Hwy.
> Bldg. B, Suite 350
> Austin, TX 78746

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 21, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Nishikawa of America, Inc.</u>
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al <br><br> *Plaintiff,* <br><br> v. <br><br> Nishikawa Rubber Co. Ltd., et al <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-cv-11256 <br><br><br> Hon. Laurie J. Michelson |

**SUMMONS IN A CIVIL ACTION**

To: Nishikawa Cooper LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew G. Pate
> Nix Patterson, LLP
> 3600 N. Capital of Texas Hwy.
> Bldg. B, Suite 350
> Austin, TX 78746

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nishikawa Cooper LLC
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al <br><br> *Plaintiff,* <br><br> v. <br><br> Nishikawa Rubber Co. Ltd., et al <br><br> *Defendant.* | Civil Action No. 2:20-cv-11256 <br><br> Hon. Laurie J. Michelson |

**SUMMONS IN A CIVIL ACTION**

To: Toyoda Gosei Co., Ltd.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew G. Pate
    Nix Patterson, LLP
    3600 N. Capital of Texas Hwy.
    Bldg. B, Suite 350
    Austin, TX 78746

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Toyoda Gosei Co., Ltd.</u>
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                           *Server's signature*

                          _____
                          *Printed name and title*

                          _____
                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al <br><br>*Plaintiff,* <br><br>v. <br><br>Nishikawa Rubber Co. Ltd., et al <br><br>*Defendant.* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-cv-11256 <br><br><br> Hon. Laurie J. Michelson |

**SUMMONS IN A CIVIL ACTION**

To: Toyoda Gosei North America Corp.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew G. Pate
    Nix Patterson, LLP
    3600 N. Capital of Texas Hwy.
    Bldg. B, Suite 350
    Austin, TX 78746

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Toyoda Gosei North America Corp.
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                           *Server's signature*

                           _____
                           *Printed name and title*

                           _____
                           *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Nishikawa Rubber Co. Ltd., et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:20-cv-11256<br><br><br><br>Hon. Laurie J. Michelson |

**SUMMONS IN A CIVIL ACTION**

To:  TG Automotive Sealing Kentucky, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Pate
Nix Patterson, LLP
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX 78746

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TG Automotive Sealing Kentucky, LLC
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>Nishikawa Rubber Co. Ltd., et al )<br>)<br>)<br>*Defendant.* ) | Civil Action No. 2:20-cv-11256<br><br><br>Hon. Laurie J. Michelson |

**SUMMONS IN A CIVIL ACTION**

To: Meteor Sealing Systems, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew G. Pate
> Nix Patterson, LLP
> 3600 N. Capital of Texas Hwy.
> Bldg. B, Suite 350
> Austin, TX 78746

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Meteor Sealing Systems, LLC</u>
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al )
)
)
        *Plaintiff,*
v.

Nishikawa Rubber Co. Ltd., et al

        *Defendant.*

Civil Action No. 2:20-cv-11256

Hon. Laurie J. Michelson

**SUMMONS IN A CIVIL ACTION**

To:     LMI Custom Mixing LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Andrew G. Pate
        Nix Patterson, LLP
        3600 N. Capital of Texas Hwy.
        Bldg. B, Suite 350
        Austin, TX 78746

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* LMI Custom Mixing LLC
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et al )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>Nishikawa Rubber Co. Ltd., et al )<br>)<br>)<br>*Defendant.* ) | Civil Action No. 2:20-cv-11256<br><br>Hon. Laurie J. Michelson | |

**SUMMONS IN A CIVIL ACTION**

To: Waterville TG Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Andrew G. Pate
        Nix Patterson, LLP
        3600 N. Capital of Texas Hwy.
        Bldg. B, Suite 350
        Austin, TX 78746

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:20-cv-11256
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Waterville TG Inc.
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: