UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GROUP 1 AUTOMOTIVE, INC., et al.,

     Plaintiff(s),      Case No. 2:20-cv-11256

v.              Honorable Laurie J. Michelson

Nishikawa Rubber Co. Ltd., et al.,    Magistrate Judge David R. Grand

     Defendant(s).
               /

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

  This case appears to be a companion case to Case No.  12-md-02311 . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Sean F. Cox  and Magistrate Judge  R. Steven Whalen .

                 s/Laurie J. Michelson
                 Laurie J. Michelson
                 United States District Judge

                 s/Sean F. Cox
                 Sean F. Cox
                 United States District Judge

  Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
  Case type:  CIVIL 

  If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date:  June 24, 2020           s/Andrea Teets
                  Deputy Clerk

cc:  Parties and/or counsel of record
   Honorable Sean F. Cox